No. 4657.—ORANGE RICE MILLING Co., aplda. *v.* BARASORDA, aplte.—C. D. San Juan. Abril 8, 1929.

POR CUANTO, la sentencia en este caso fué dictada en agosto 17, 1927, y el 2 de enero de 1929, cuando se presentó la moción de desestimación no había sido aún archivada la transcripción del récord;

POR CUANTO, debido al largo período de tiempo transcurrido esta corte hubiera estado muy dispuesta a desestimar el caso si se hubiera demostrado alguna falta de diligencia específica por parte del apelante para proseguir la apelación;

POR CUANTO hemos escudriñado cuidadosamente el récord y no hemos podido hallar que el apelante o sus abogados hayan sido culpables de verdadera negligencia;

POR CUANTO no se ha colocado a esta corte en posición de ver exactamente los medios coercitivos que hubiera podido usar el apelante para compeler a los taquígrafos a transcribir sus notas;

POR CUANTO esta corte está convencida de que la falta, como cuestión general, cabe en la condición muy ocupada de la corte de distrito, o en el sistema de transcripción taquigráfica, según esta dificultad ha sido expresada en 2 California Jurisprudence 615, párrafo 337;

POR CUANTO después de haberse radicado la moción de desestimación se ha archivado la transcripción de autos y el apelante también ha presentado su alegato;

Por tanto, en ausencia de razón satisfactoria en derecho y en uso de su discreción, la corte declara sin lugar la moción de desestimación antes citada.